# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ANNIE HABERLIEN, individually and on behalf of all others similarly situated individuals,<br><br>    Plaintiffs,<br>v<br><br>UNITED WHOLESALE MORTGAGE, LLC.,<br><br>    Defendant. | Case No. 2:21-cv-11741 |

## STIPULATION AND ORDER TO WITHDRAW ATTORNEY APPEARANCE

The parties to this matter, by their respective counsel, hereby stipulate and agree that Andrea J. Bernard of Warner Norcross + Judd, LLP shall be allowed to withdraw her Appearance as counsel for Defendant, United Wholesale Mortgage, LLC.  Defendant is represented by Stephanie L. Sweitzer of the law firm Morgan Lewis & Brockius LLP in this matter.

Dated:  December 3, 2021

/s/Andrea J. Bernard
Andrea J. Bernard (P49209)
WARNER NORCROSS + JUDD LLP
Suite 1500
150 Ottawa Avenue, N.W.
Grand Rapids, MI 49503
616-752-2429
abernard@wnj.com

| | |
|---|---|
| Dated: December 3, 2021 | /s/Noah S. Hurwitz (w/permission) <br> Noah S. Hurwitz (P7403) <br> NachtLaw, P.C. <br> 101 N. Main Street Suite 555 <br> Ann Arbor, MI 48104 <br> 734-663-7550 <br> Nhurwitz@nachtlaw.com <br> Attorneys for Plaintiff |
| Dated: December 3, 2021 | /s/Stephanie L. Sweitzer (w/permission) <br> Stephanie L. Sweitzer (P66376) <br> Morgan Lewis & Bockisus <br> 110 North Wacker Drive Suite 2800 <br> Chicago, IL 60606 <br> 312-324-1000 <br> Stephanie.Sweitzer@morganlewis.com <br> Attorneys for Defendant |

## **ORDER**

**IT IS HEREBY ORDERED** that the appearance of Andrea J. Bernard is hereby withdrawn as counsel for Defendant United Wholesale Mortgage, LLC in this matter.

SO ORDERED.

Dated: January 27, 2022　　　　　　　　　s/Mark A. Goldsmith
　　　Detroit, Michigan　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　United States District Judge