UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNIE HABERLEIN,

    Plaintiff,

v                                                       Case No. 21-11741
                                                      HON. MARK A. GOLDSMITH

UNITED WHOLESALE MORTGAGE, LLC.,

    Defendant.
_____/

## ORDER STRIKING STIPULATION

On March 14, 2022 a stipulation was filed [Dkt. 16].

Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 12(a), a proposed **stipulation and order** must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. The stipulation at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation [Dkt. #16] is STRICKEN.

SO ORDERED.

Dated: March 15, 2022                               s/Mark A. Goldsmith
      Detroit, Michigan                         MARK A. GOLDSMITH
                                                    United States District Judge