## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ANNIE HABERLEIN, individually
and on behalf of all other similarly           Case No. 21-cv-11741
situated individuals,                          Hon. Mark A. Goldsmith

   Plaintiffs,

v.

UNITED WHOLESALE
MORTGAGE, LLC,

   Defendant.

_____

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated, by and between counsel for Plaintiff Annie Haberlein and Defendant United Wholesale Mortgage, LLC, that all the claims set forth by Plaintiff against Defendant in the above-captioned action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and without interest, costs or attorneys' fees to any Party

IT IS HEREBY ORDERED, that the above-captioned action is DISMISSED WITHOUT PREJUDICE and without interest, costs or attorneys' fees to any Party.

This order disposes of all claims and closes the case.

IT IS SO ORDERED.

Dated:  March 17, 2022    s/Mark A. Goldsmith
   Detroit, Michigan    MARK A. GOLDSMITH
            United States District Judge

Stipulated to by:

/s/ *Noah S. Hurwitz*                     /s/  *Stephanie L. Sweitzer*
Noah S. Hurwitz                      Stephanie L. Sweitzer (P66376)
Hurwitz Law PLLC                     Morgan Lewis & Bockisus
Attorney for Plaintiff               Attorney for Defendant
noah@hurwitzlaw.com                  Stephanie.Sweitzer@morganlewis.com


Dated: March 15, 2022